UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE WEHRLE,

    Plaintiff,

v.

McLAREN HEALTH
CARE CORPORATION,

    Defendant.

Case No. 25-cv-11420
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT

On May 14, 2025, Plaintiff Joyce Wehrle filed this putative class action against Defendant McLaren Health Care Corporation. (*See* Compl., ECF No. 1.) In her Complaint, Wehrle alleges that McLaren disclosed her personally identifiable information and protected health information to third-parties without her consent. (*See, e.g.*, *id.* at ¶ 2, PageID.2.)

McLaren has now filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot., ECF No. 9.) While McLaren raises several bases for its motion, one of its arguments is that Wehrle has failed to plead sufficient facts in support of at least some of her claims under the Supreme Court's decision in *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). (*See, e.g.*, *id,*, PageID.98, 102, 117.)

1

Without expressing any view regarding the merits of the motion, the Court will grant Wehrle the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in her allegations. The Court does not anticipate allowing Wehrle another opportunity to amend to add factual allegations that she could now include in a First Amended Complaint. Simply put, this is Wehrle's opportunity to amend her allegations to cure the alleged deficiencies in her claims.

By **August 25, 2025**, Wehrle shall file a notice on the docket in this action notifying the Court and McLaren whether she will be filing a First Amended Complaint. If Wehrle provides notice that she will be filing a First Amended Complaint, she shall file that amended pleading by no later than **September 8, 2025**. If Wehrle provides notice that she will not be filing a First Amended Complaint, she shall respond to McLaren's motion to dismiss by no later than **September 8, 2025**.

Finally, if Wehrle provides notice that she will be filing a First Amended Complaint, the Court will terminate McLaren's currently-pending motion to dismiss without prejudice as moot. McLaren may file a renewed dispositive motion directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: August 11, 2025                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126