UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE WEHRLE,

    Plaintiff,

v.

McLAREN HEALTH
CARE CORPORATION,

    Defendant.

Case No. 25-cv-11420
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE (ECF No. 9)

On May 14, 2025, Plaintiff Joyce Wehrle filed this putative class action against Defendant McLaren Health Care Corporation. (*See* Compl., ECF No. 1.) In her Complaint, Wehrle alleges that McLaren disclosed her personally identifiable information and protected health information to third-parties without her consent. (*See, e.g.*, *id.* at ¶ 2, PageID.2.) McLaren thereafter moved to dismiss. (*See* Mot., ECF No. 9.)

On August 11, 2025, without expressing any view regarding the merits of the motion to dismiss, the Court granted Wehrle the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in her allegations. (*See* Order, ECF No. 10.) The Court informed the parties that if Wehrle decided to file a First

1

Amended Complaint, it would terminate McLaren's initially-filed motion to dismiss without prejudice. (*See id.*)

On August 25, 2025, Wehrle filed a notice that she intends to file a First Amended Complaint. (*See* Notice, ECF No. 11.) Accordingly, the Court **TERMINATES** McLaren's now-pending motion to dismiss (ECF No. 9) **WITHOUT PREJUDICE**. McLaren may file a renewed dispositive motion directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2